**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CHAD BATTERMAN, | : No. 147 MAL 2023 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| SILVIA SANTO, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.